IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



UNITED STATES OF AMERICA

v.                                                          CRIMINAL NO. 3:14 cr 117 DPJ-FKB

RODNEY GERALD HENDERSON                 21 U.S.C. § 846
KAFIEN KIDD                                              21 U.S.C. § 841(a)(1)
JENNIFER TOOLE KIDD                             18 U.S.C. § 922(g)(1)
MARCOS JONES
WALTER PERNILLO
CLIFF WILLIAMS
STACY SHELWOOD
ANGELINA FORTENBERRY
PRINCESS GRACE and
TERRY GARTH

**The Grand Jury charges:**

COUNT 1

Beginning at a date unknown but as early as January 1, 2012, and continuing through the date of the indictment, in Scott, Newton and Lauderdale Counties and elsewhere, in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendants, **RODNEY GERALD HENDERSON, KAFIEN KIDD, JENNIFER TOOLE KIDD, MARCOS JONES, WALTER PERNILLO, CLIFF WILLIAMS, STACY SHELWOOD, ANGELINA FORTENBERRY, PRINCESS GRACE and TERRY GARTH,** knowingly and willfully did conspire with each other and others known and unknown to the grand jury, to knowingly and intentionally distribute actual Methamphetamine, a Schedule II controlled substance, as prohibited by Section 841(a)(1), Title 21, United States Code.

All in violation of Section 846, Title 21, and Section 2, Title 18, United States Code.

## QUANTITY OF METHAMPHETAMINE INVOLVED IN THE CONSPIRACY

With respect to **RODNEY GERALD HENDERSON**, the amount involved in the conspiracy attributable to him as a result of his conduct, and the conduct of other conspirators reasonably foreseeable to him, is 50 grams or more of actual Methamphetamine, in violation of Title 21, United States Code, Section 841(b)(1)(A).

With respect to **KAFIEN KIDD**, the amount involved in the conspiracy attributable to him as a result of his conduct, and the conduct of other conspirators reasonably foreseeable to him, is 50 grams or more of Methamphetamine, in violation of Title 21, United States Code, Section 841(b)(1)(A).

With respect to **JENNIFER TOOLE KIDD**, the amount involved in the conspiracy attributable to her as a result of her conduct, and the conduct of other conspirators reasonably foreseeable to her, is a quantity of actual Methamphetamine, in violation of Title 21, United States Code, Section 841(b)(1)(C).

With respect to **MARCOS JONES**, the amount involved in the conspiracy attributable to him as a result of his conduct, and the conduct of other conspirators reasonably foreseeable to him, is 50 grams or more of actual Methamphetamine, in violation of Title 21, United States Code, Section 841(b)(1)(A).

With respect to **WALTER PERNILLO**, the amount involved in the conspiracy attributable to him as a result of his conduct, and the conduct of other conspirators reasonably foreseeable to him, is 50 grams or more of actual Methamphetamine, in violation of Title 21, United States Code, Section 841(b)(1)(A).

With respect to **CLIFF WILLIAMS**, the amount involved in the conspiracy attributable to him as a result of his conduct, and the conduct of other conspirators reasonably foreseeable to him, is a quantity of actual Methamphetamine, in violation of Title 21, United States Code, Section 841(b)(1)(C).

With respect to **STACY SHELWOOD**, the amount involved in the conspiracy attributable to her as a result of her conduct, and the conduct of other conspirators reasonably foreseeable to her, is a quantity of actual Methamphetamine, in violation of Title 21, United States Code, Section 841(b)(1)(C).

With respect to **ANGELINA FORTENBERRY**, the amount involved in the conspiracy attributable to her as a result of her conduct, and the conduct of other conspirators reasonably foreseeable to her, is a quantity amount of actual Methamphetamine, in violation of Title 21, United States Code, Section 841(b)(1)(C).

With respect to **PRINCESS GRACE**, the amount involved in the conspiracy attributable to her as a result of her conduct, and the conduct of other conspirators reasonably foreseeable to her, is a quantity of actual Methamphetamine, in violation of Title 21, United States Code, Section 841(b)(1)(C).

With respect to **TERRY GARTH**, the amount involved in the conspiracy attributable to him as a result of his conduct, and the conduct of other conspirators reasonably foreseeable to him, is a quantity of actual Methamphetamine, in violation of Title 21, United States Code, Section 841(b)(1)(C).

COUNT 2

On or about March 25, 2013, in Scott County, in the Northern Division of the Southern District of Mississippi and elsewhere, the defendants, **RODNEY GERALD HENDERSON and MARCOS JONES**, aided and abetted by each other and others known and unknown to the Grand Jury, did knowingly and intentionally distribute 5 grams or more of actual Methamphetamine, a Schedule II controlled substance, in violation of Section 841(a)(1), Title 21, and Section 2, Title 18, United States Code.

COUNT 3

On or about March 28, 2013, in Scott County, in the Northern Division of the Southern District of Mississippi and elsewhere, the defendants, **RODNEY GERALD HENDERSON and MARCOS JONES**, aided and abetted by each other and others known and unknown to the Grand Jury, did knowingly and intentionally distribute 5 grams or more of actual Methamphetamine, a Schedule II controlled substance, in violation of Section 841(a)(1), Title 21, and Section 2, Title 18, United States Code.

COUNT 4

On or about April 5, 2013, in Scott County, in the Northern Division of the Southern District of Mississippi and elsewhere, the defendants, **RODNEY GERALD HENDERSON and MARCOS JONES**, aided and abetted by each other and others known and unknown to the Grand Jury, did knowingly and intentionally distribute 5 grams or more of actual Methamphetamine, a Schedule II controlled substance, in violation of Section 841(a)(1), Title 21, and Section 2, Title 18, United States Code.

COUNT 5

On or about April 10, 2013, in Scott County, in the Northern Division of the Southern District of Mississippi and elsewhere, the defendants, **RODNEY GERALD HENDERSON and MARCOS JONES**, aided and abetted by each other and others known and unknown to the Grand Jury, did knowingly and intentionally distribute 5 grams or more of actual Methamphetamine, a Schedule II controlled substance, in violation of Section 841(a)(1), Title 21, and Section 2, Title 18, United States Code.

COUNT 6

On or about April 25, 2013, in Newton County, in the Northern Division of the Southern District of Mississippi and elsewhere, the defendant, **RODNEY GERALD HENDERSON**, aided and abetted by and others known and unknown to the Grand Jury, did knowingly and intentionally distribute 5 grams or more of actual Methamphetamine, a Schedule II controlled substance, in violation of Section 841(a)(1), Title 21, and Section 2, Title 18, United States Code.

COUNT 7

On or about May 24, 2013, in Scott County, in the Northern Division of the Southern District of Mississippi and elsewhere, the defendant, **RODNEY GERALD HENDERSON**, aided and abetted by others known and unknown to the Grand Jury, did knowingly and intentionally distribute 5 grams or more of actual Methamphetamine, a Schedule II controlled substance, in violation of Section 841(a)(1), Title 21, and Section 2, Title 18, United States Code.

COUNT 8

On or about March 22, 2014, in Lauderdale County, in the Northern Division of the Southern District of Mississippi and elsewhere, the defendant, **PRINCESS GRACE**, aided and

abetted by others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute actual Methamphetamine, a Schedule II controlled substance, in violation of Section 841(a)(1), Title 21, and Section 2, Title 18, United States Code.

## COUNT 9

On or about March 22, 2014, in Lauderdale County, in the Northern Division of the Southern District of Mississippi and elsewhere, the defendants, **STACY SHELWOOD and TERRY GARTH**, aided and abetted by others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute actual Methamphetamine, a Schedule II controlled substance, in violation of Section 841(a)(1), Title 21, and Section 2, Title 18, United States Code.

## COUNT 10

On or about March 28, 2014, in Newton County, in the Northern Division of the Southern District of Mississippi and elsewhere, the defendant, **ANGELINA FORTENBERRY**, aided and abetted by others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute actual Methamphetamine, a Schedule II controlled substance, in violation of Section 841(a)(1), Title 21, and Section 2, Title 18, United States Code.

## COUNT 11

On or about March 28, 2014, in Newton County in the Northern Division of the Southern District of Mississippi, the defendants, **MARCOS JONES and TERRY GARTH,** having been convicted previously of a felony, that is, a crime which is punishable by imprisonment for a term exceeding one year, aided and abetted by each other and others known and unknown to the Grand Jury, did knowingly possess in and affecting commerce a firearm, in violation of Sections 922(g)(1) and 924(a)(2), and Section 2, Title 18, United States Code.

COUNT 12

On or about March 28, 2014, in Newton County, in the Northern Division of the Southern District of Mississippi and elsewhere, the defendant, **MARCOS JONES**, aided and abetted by others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute 50 grams or more of actual Methamphetamine, a Schedule II controlled substance, in violation of Section 841(a)(1), Title 21, and Section 2, Title 18, United States Code.

## NOTICE OF FORFEITURE

As a result of committing the offenses as alleged in this Indictment, the defendants, **RODNEY GERALD HENDERSON, KAFIEN KIDD, JENNIFER TOOLE KIDD, MARCOS JONES, WALTER PERNILLO, CLIFF WILLIAMS, STACY SHELWOOD, ANGELINA FORTENBERRY, PRINCESS GRACE and TERRY GARTH**, shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or indirectly from the offenses, and all property used to facilitate the offenses.

**One RG Industries, Model RG40, .38 caliber revolver, serial number R156875;**

**One Hi-Point, Model CF 380, .380 caliber pistol, serial number P8080500;**

**One Hi-Point, Model JHP, .45 caliber pistol, serial number X4154157;**

**Any Ammunition seized.**

Further, if any property described above, as a result of any act or omission of the defendants: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the Court; d) has been substantially diminished in value; or e) has been commingled with other property,

which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of said defendant up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Sections 981(a)(1)(C), Title 18, United States Code; Section 853, Title 21, United States Code; and Section 2461, Title 28, United States Code.

```
                                    /s/ signature
                                    _____
                                    GREGORY K. DAVIS
                                    United States Attorney
```

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This Indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the 19 day of August, 2014.

```
                                    _____
                                    UNITED STATES MAGISTRATE JUDGE
```

8