# CRIMINAL CASE COVER SHEET
## U.S. District Court
### PLACE OF OFFENSE:

CITY: Forest, MS

COUNTY: Scott

**RELATED CASE INFORMATION:**

SUPERSEDING INDICTMENT _____ DOCKET # _3:14CI117 DPS-FKB_

SAME DEFENDANT _____ NEW DEFENDANT _____

MAGISTRATE JUDGE CASE NUMBER _____

R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: ____ YES x ____ NO

MATTER TO BE SEALED: X ___ YES _____ NO

NAME/ALIAS:   Cliff Williams
                       Wherever Found

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
AUG 19 2014
ARTHUR JOHNSTON
BY _____ DEPUTY

**U.S. ATTORNEY INFORMATION:**

AUSA   Erin O. Chalk               BAR # MS 101721

INTERPRETER:   x ___ NO _____ YES  LIST LANGUAGE AND/OR DIALECT: _____

**LOCATION STATUS:**      ARREST DATE _____

____ ALREADY IN FEDERAL CUSTODY AS OF _____
x ___ ALREADY IN STATE CUSTODY
____ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS:  1 _____        _____ PETTY _____ MISDEMEANOR    1 _____ FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1    21:846=CD.F | 21 U.S.C. § 846 | Conspiracy to Distribute Controlled Substance - Methamphetamine | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |

Date: 8.18.14          **SIGNATURE OF AUSA:** Erin O. Chalk

(Revised 2/26/10)